Rayshawn Batiste, §
    *Plaintiff*, §
§
v. §        Civil Action No. 4:24-cv-00368
§
City of Houston; Chief Troy Finner, §
individually; Officer C. Donovan, §
individually; Sgt. D. Russell, individually; §
Officer F. Rahimzadeh, individually; §
Officer G. R. Greenlea, individually; §
    *Defendants* §

## DEFENDANT CHIEF TROY FINNER'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED PURSUANT TO RULE 12(b)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Chief Troy Finner ("Chief Finner") and files this Reply to Plaintiff's Response [Doc. #27] to Defendant's Motion to dismiss Plaintiff's First Amended Original Complaint [Doc. #18], pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief may be granted, and on grounds of qualified immunity, and respectfully shows the following:

Plaintiff filed his Response [Doc. #27] to Defendant Finner's Motion to Dismiss [Doc #18]. Plaintiff's only response to Defendant Chief Finner's the motion to dismiss was:

> Plaintiff has no objection to the dismissal of the Tort claims against, Defendant Troy Finner pursuant to provisions of the Texas Tort Claims Act and his having no physical

involvement in the incident leading to Plaintiff's constitutional rights being violated.

[Doc.# 27 at ¶ 30]

It is apparent that any other claims that Plaintiff may have asserted against Defendant Chief Finner is abandoned and must be dismissed.

Local Rule 7.4 in part provides, "Failure to respond to a motion will be taken as a representation of no opposition." By failing to respond to Defendant Chief Finner arguments, Plaintiff has effectively waived opposition to the Motion to Dismiss. S. D. Tex. L.R. 7.4. *See, e.g., Chavez v. Alvarado*, 550 F. Supp. 3d 439, 447 (S.D. Tex. 2021) (Lee H. Rosenthal, C. J.) (dismissing claims because "plaintiffs did not respond to the argument, effectively abandoning their claims against the Houston Police Department."); citing *Black v. N. Panola Sch. Dist.*, 46

Defendant's Motion to Dismiss argued that Plaintiff failed to plead any actionable Fourth and Fourteenth Amendments. [Doc. #18]. Plaintiff's purported response [Doc. #27] contains no substantive response to Defendant's argument.

Additionally, Plaintiff's Response fails to address the Defendants claims of election of Remedies and qualified immunity.

By failing to defend his claims against the Defendant in response to the 12(b) motion, Plaintiff has abandoned his claims. *See Black v. N. Panola Sch. Dist.*, 461 F.3d 584, 588 n.1 (5th Cir. 2006) (citing *Vela v. City of Houston*, 276 F.3d 659, 679 (5th Cir. 2001)). Plaintiff's failure to pursue this claim beyond his complaint constituted abandonment."); *Brackens v. Ocwen Loan Servicing*, LLC, 3:13-CV-3458-L, 2015WL

1808541, at *4 (N.D. Tex. Apr. 21, 2015) ("Because Plaintiff failed to address Defendant's arguments in a response, he has abandoned his wrongful foreclosure claim."); *see also Symetra Life Ins. Co. Nat'l Ass'n of Settlement Purchasers v. Rapid Settlements, Ltd*., CV H-05-3167, 2012 WL 12893482, at *13 (S.D. Tex. May 1, 2012) (holding that plaintiff abandoned claim by not addressing it in response to summary judgment motion).

## CONCLUSION AND PRAYER

For the reasons stated, Plaintiff's amended complaint should be dismissed for failure to state a claim upon which relief can be granted against Defendant Chief of Police Troy Finner or Plaintiff's abandonment of the claim.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY L. MARTIN
Section Chief, Torts/Civil Rights

By:     */s/ Michelle C. Taylor*
Michelle C. Taylor
Senior Assistant City Attorney
Attorney in Charge
SBN:  224060889
FBN:  3773284
Tel. (832) 393-6248
Michelle.Taylor2@houstontx.gov
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-0368

**ATTORNEYS FOR DEFENDANT**
**Chief Troy Finner**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, a true and correct copy of the foregoing document, and any attachments, were delivered to all opposing counsel(s) by electronic filing of same in accordance with the District ECF's service rules, and alternatively via certified mail, return receipt requested, and/or e-mail or facsimile transaction to:

Andre A. Wheeler
P.O. Box 682705
Houston, Texas 77268
Andrewheeler_esq@yahoo.com

> */s/ Michelle C. Taylor*
> Michelle C. Taylor